

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kostenski,<br><br>　　　Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC,<br><br>　　　Defendant. | Case No. 1:09-cv-6194<br><br><br>**ORDER OF DISMISSAL** |

The Court is informed that the parties have reached a settlement of this matter. Accordingly, this cause is hereby dismissed without prejudice and the parties are granted leave to reinstate for purposes of enforcing the settlement until March 19, 2010, at which point this dismissal will be with prejudice.

Dated: **FEB 1 8 2010**

　　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JUDGE Joan H. Lefkow